# UNITED STATES DISTRICT COURT

**FILED**

District of _____

AUG 2 4 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
   DEPUTY CLERK

UNITED STATES OF AMERICA
V.

## APPEARANCE AND COMPLIANCE BOND

Defendant: **MARIA ELENA SERRANO**

Case Number: **1:07CR00212 AWI**

☒ Non-surety: I, the undersigned defendant acknowledge that I and my ...
☐ Surety: We, the undersigned, jointly and severally acknowledge that we and our ...
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ **50,000.00** , and there has been deposited in the Registry of the Court the sum of
$ **0** in cash or **N/A** (describe other security.)

The conditions of this bond are that the defendant, **MARIA ELENA SERRANO** (Name)
is to (1) appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred; (2) comply with all conditions of release imposed by the court, and (3) abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment, may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on **8-24-07** at **U.S. District Court, ED of CA at Fresno, California**
                                  Date                                                       Place

Defendant **MARIA ELENA SERRANO** Address _____
Surety _____ Address _____
Surety _____ Address _____

Signed and acknowledged before me **8-24-07**
                                                        Date
                                          _____
                                                   Judge/Clerk

Approved _____
                    Judge

## JUSTIFICATION OF SURETIES

I, the undersigned surety, say that I reside at _____

_____ ; and that my net worth is the sum of

__FIFTY THOUSAND AND NO_____ dollars ($ _50,000.00_ ).

I further state that _The money shall come from the equity in my residence,_

_____
Surety

Sworn to before me and subscribed in my presence   _8.24.07_
                                                    Date

at   U.S. District Court, 2500 Tulare Street, Fresno, CA 93721

_W. KUSAMURA_ Deputy Clerk                _W. Kusamura_
Name and Title                             Signature of Judge/Clerk

---

I, the undersigned surety, state that I reside _____

_____ ; and that my net worth is the sum of

_____ dollars ($ _____ ).

I further state that

_____
Surety

Sworn to before me and subscribed in my presence   _____
                                                    Date

at   U.S. District Court, 2500 Tulare Street, Fresno, California 93721

_____, Deputy Clerk            _____
Name and Title                              Signature of Judge/Clerk

Justification Approved: _____
                              Judge