**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law (State Bar №. 135059)
1318 "K" Street
Bakersfield, CA 93301
Tel.: (661) 326-0857
Fax: (661) 326-0936
E-mail: lawtorres@aol.com

Attorney for:
MARIA ELENA SERRANO

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              PLAINTIFF,<br><br>vs.<br><br>MARIA ELENA SERRANO,<br><br>              DEFENDANT. | Case №. 07-CR-00212 AWI<br><br>**DEFENDANT'S REQUEST TO TRAVEL OUTSIDE THE STATE** |

TO: THE CLERK OF THE CENTRAL DISTRICT COURT, THE HONORABLE ANTHONY W. ISHII, DISTRICT JUDGE; KATHLEEN SERVATIUS, ASSISTANT UNITED STATES ATTORNEY, AND JACOB SCOTT, UNITED STATES PROBATION OFFICER:

   The Defendant is scheduled to have a status conference on June 30th, 2008, dealing with the present charges pending against her.  Due to the circumstances unrelated to the charges and her upcoming sentencing Mrs. Serrano would like to be able to travel to Tucson, Arizona.  She intends to help her son, Omar Serrano, who is caring for the children of her other son, Teofilo Rodriguez, who is currently in custody.  She intends to help Teofilo Rodriguez' two daughters, her granddaughters, Leslie, six years old, and Lindsey, two years old.  MARIA SERRANO will not be visiting Teofilo Rodriguez as she cannot get clearance to do so due to the pending charges.

   MARIA SERRANO intends to depart on June 13th, 2008 with a return date of June 17th,

1 | 2008.  She will drive to Tucson, Arizona with her son and two granddaughters.  While in
2 | Arizona, she will be staying with her niece Almita Ibarra.  Her address is 2929 N. Castro, Apt
3 | #126, Tucson AZ 85705, home phone number (520)304-5320.
4 | Respectfully submitted this 30th day of May  , 2008.

/s/ David A. Torres
_____
DAVID A. TORRES
Counsel for Defendant
MARIA SERRANO

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Defendant, MARIA SERRANO, may, with the courts permission, travel to Tucson, Arizona departing on June 13th, 2008 and returning on June 17th, 2008.

IT IS SO ORDERED.

**Dated:   June 3, 2008**                    /s/ Anthony W. Ishii
                                                                    UNITED STATES DISTRICT JUDGE